# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lange, Roberto A. | District of South Dakota | 06/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Suite 413
225 S. Pierre Street
Pierre, SD 57501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Eastman Lange LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Lange LLC | | None | L | W | | | | | |
| 2. New York Life universal policy from 1992 | A | Dividend | K | T | | | | | |
| 3. New York Life universal policy from 1995 | A | Dividend | K | T | | | | | |
| 4. First Bank & Trust account | A | Interest | K | T | | | | | |
| 5. Merrill Lynch IRA brokerage account | | | | | | | | | |
| 6. --American Funds EuroPac Gr (AEPFX) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 7. --BlackRock Eq Div (MADVX) | B | Dividend | L | T | Sold (part) | 01/13/15 | J | A | |
| 8. ----(MADVX continued) | | | | | Sold (part) | 01/27/15 | K | D | |
| 9. ----(MADVX continued) | | | | | Buy (add'l) | 09/11/15 | J | | |
| 10. ----(MADVX continued) | | | | | Sold (part) | 11/04/15 | J | A | |
| 11. --Clearbridge (Leg Mason) Small Cap (SBPYX) | A | Dividend | J | T | Buy (add'l) | 06/02/15 | J | | |
| 12. ----(SBPYX continued) | | | | | Buy (add'l) | 11/04/15 | J | | |
| 13. --Delaware Corporate Bond (DGCIX) | A | Dividend | | | Buy | 06/02/15 | K | | |
| 14. ----(DGCIX continued) | | | | | Sold (part) | 07/07/15 | J | A | |
| 15. ----(DGCIX continued) | | | | | Sold (part) | 09/11/15 | J | A | |
| 16. ----(DGCIX continued) | | | | | Sold | 11/04/15 | K | A | |
| 17. --Dreyfus Appreciation (DGAGX) | A | Dividend | | | Sold | 01/27/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --IShares Core US Treasury (GOVT) | A | Dividend | K | T | Buy | 06/02/15 | K | | |
| 19. ----(GOVT continued) | | | | | Buy (add'l) | 07/07/15 | J | | |
| 20. ----(GOVT continued) | | | | | Buy (add'l) | 09/11/15 | J | | |
| 21. ----(GOVT continued) | | | | | Buy (add'l) | 11/04/15 | J | | |
| 22. --IShares Russell 100 Growth (IWF) | A | Dividend | K | T | Buy | 01/27/15 | K | | |
| 23. ----(IWF continued) | | | | | Sold (part) | 09/11/15 | J | A | |
| 24. ----(IWF continued) | | | | | Sold (part) | 11/04/15 | J | A | |
| 25. --IShares Russell 1000 Value (IWD) | B | Dividend | K | T | Buy | 01/27/15 | K | | |
| 26. ----(IWD continued) | | | | | Sold (part) | 06/02/15 | J | A | |
| 27. ----(IWD continued) | | | | | Buy (add'l) | 07/07/15 | J | | |
| 28. ----(IWD continued) | | | | | Sold (part) | 09/11/15 | J | A | |
| 29. ----(IWD continued) | | | | | Sold (part) | 11/04/15 | J | A | |
| 30. --John Hancock Disciplined Value (JVLIX) | A | Dividend | K | T | Buy | 09/11/15 | J | | |
| 31. ----(JVLIX continued) | | | | | Sold (part) | 11/14/15 | J | A | |
| 32. --John Hancock Classic Value (JCVIX) | A | Dividend | | | Sold (part) | 01/27/15 | K | D | |
| 33. ----(JCVIX continued) | | | | | Sold | 06/02/15 | K | D | |
| 34. --Lazard Emerging Mkt Prf (LZEMX) | A | Dividend | | | Sold (part) | 01/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----(LZEMX continued) | | | | | Buy (add'l) | 06/02/15 | J | | |
| 36. ----(LZEMX continued) | | | | | Buy (add'l) | 07/07/15 | J | | |
| 37. ----(LZEMX continued) | | | | | Sold | 09/11/15 | J | A | |
| 38. --Mainstay Lg Cap Growth (MLAIX) | D | Dividend | L | T | Sold (part) | 01/27/15 | J | A | |
| 39. ----(MLAIX continued) | | | | | Sold (part) | 06/02/15 | J | C | |
| 40. ----(MLAIX continued) | | | | | Sold (part) | 07/07/15 | J | A | |
| 41. ----(MLAIX continued) | | | | | Buy (add'l) | 09/11/15 | J | | |
| 42. ----(MLAIX continued) | | | | | Sold (part) | 11/04/15 | J | A | |
| 43. --MFS Bond (MRBIX) | A | Dividend | | | Sold | 06/02/15 | K | A | |
| 44. --Neuberger High Inc (NHILX) | A | Dividend | | | Sold (part) | 06/02/15 | J | A | |
| 45. ----(NHILX continued) | | | | | Sold (part) | 06/23/15 | J | A | |
| 46. ----(NHLIX continued) | | | | | Sold | 09/14/15 | J | A | |
| 47. --Oppenheimer Rising Div Y (OYRDX) | C | Dividend | K | T | Buy (add'l) | 01/27/15 | J | | |
| 48. ----(OYRDX continued) | | | | | Buy (add'l) | 09/11/15 | J | | |
| 49. ----(OYRDX continued) | | | | | Sold (part) | 11/04/15 | J | A | |
| 50. --Oakmark Internat'l Fund (OAKIX) | B | Dividend | L | T | Sold (part) | 01/27/15 | J | A | |
| 51. ----(OAKIX continued) | | | | | Buy (add'l) | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----(OAKIX continued) | | | | | Buy (add'l) | 07/07/15 | J | | |
| 53. ----(OAKIX continued) | | | | | Buy (add'l) | 09/11/15 | J | | |
| 54. --Victory Small Co Opp (VSOYX) | B | Dividend | J | T | Sold (part) | 01/27/15 | J | A | |
| 55. ----(VSOYX continued) | | | | | Buy (add'l) | 06/02/15 | J | | |
| 56. ----(VSOYX continued) | | | | | Sold (part) | 07/07/15 | J | A | |
| 57. --Pimco Total Return (PTTPX) | A | Dividend | | | Sold (part) | 01/27/15 | J | A | |
| 58. ----(PTTPX continued) | | | | | Sold | 06/02/15 | K | A | |
| 59. --TCW Toral Retrun Bond CL 1 (TGLMX) | A | Dividend | K | T | Buy (add'l) | 06/02/15 | J | | |
| 60. ----(TGLMX continued) | | | | | Sold (part) | 07/07/15 | J | A | |
| 61. ----(TGLMX continued) | | | | | Sold (part) | 09/11/15 | J | A | |
| 62. ----(TGLMX continued) | | | | | Buy (add'l) | 11/14/15 | J | | |
| 63. --Trans Am Emer Mkt Debt (EMTIX) | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 64. ----(EMTIX continued) | | | | | Buy (add'l) | 11/04/15 | J | | |
| 65. --Vanguard Intermed Corp Bond (VCIT) | A | Dividend | K | T | Buy | 11/04/15 | K | | |
| 66. --Wells Fargo Ultra Short (SADIX) | A | Dividend | | | Buy | 06/02/15 | J | | |
| 67. ----(SADIX continued) | | | | | Sold | 07/07/15 | J | A | |
| 68. Merrill Lynch IRA lower risk acct (consolidated in 2013 with IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merrill Lynch tax free bond acct (reconstituted in 2013; see notes) | | | | | | | | | |
| 70. --Oppenheimer Senior Class C (OOSCX) | B | Dividend | K | T | | | | | |
| 71. --Loomis Sayles Strategic (NECZX) | B | Dividend | K | T | | | | | |
| 72. Children's Current 529 Plans (Y)(absolutely no control; see notes) | | | | | | | | | |
| 73. --Scholar's Choice 529-child 1 (Y) Age-Based Option: Age 16-18 Class A | A | Dividend | K | T | | | | | |
| 74. --Scholar's Choice 529--child 2 (Y)Age-Based Option: Age 13-15 Class A | A | Dividend | K | T | | | | | |
| 75. --Scholar's Choice 529--child 3 (Y)Age-Based Option: Age 10-12Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 67 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA"). That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport Evans Hurwitz & Smith LLP ("DEHS"). An effort has been made to simplify investments in this account so as to simplify this annual disclosure. The investment listed on line 32 had a small dividend in 2014 before it was sold in full.

The sales of investments listed on lines 14, 15, 16, 28, 29, 34, 37, 44, 45, 46, 56, 58, and 67 in fact yielded either no gain or a loss, but are disclosed in the category of "A" for Income/Gain coding of $1,000 or less to indicated to any auditor of this report that completing the column was not overlooked or omitted.

Line items 70 through 71 of Part VII were part of a Merrill Lynch tax free bond portfolio that Judge Lange opened on July 25, 2011, with proceeds from the sale in 2011 of his interest in a residence in Lincoln County, South Dakota. An effort has been made to simplify investments in this account in part to try to simplify annual disclosure process.

Line items 72 through 75 of Part VII disclose the 529 college savings plans in existence since 2004 for the benefit of Judge Lange's children. Judge Lange originally opened these at Merrill Lynch, but they later were moved to Scholar's Choice without Judge Lange's involvement. The custodian on the account and the account owner is not Judge Lange, but the mother of the children. Disclosure of the 529 Plans was overlooked prior to the disclosure for 2011. The original 529 Plans were replaced through transactions on April 9 and 13, 2012, establishing new 529 Plans with the same funds. Judge Lange has no investment control over his children's 529 Plans at all. He is neither the custodian nor account owner.

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 06/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544